No. 260, Misc.  CHILCUTT *v.* JOHNSON, WARDEN. C. A. 6th Cir.  Certiorari denied.

No. 261, Misc.  STEBBINS *v.* MACY, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL.  C. A. D. C. Cir. Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall* for respondents.

No. 262, Misc.  NORRIS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 263, Misc.  SWITZER *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 265, Misc.  WHITE *v.* FORTE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 269, Misc.  MITCHELL ET AL. *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 272, Misc.  TYREE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall* for the United States.

No. 273, Misc.  MUNDT ET UX. *v.* ZALUSKEY ET UX. Dist. Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 276, Misc.  MOHLER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall* for the United States.